# UNITED STATES PROBATION & PRETRIAL SERVICES

**DISTRICT OF MAINE**

**MICHAEL J. PENDERS**
**CHIEF**

**SCOTT HASTINGS**
**DEPUTY CHIEF**

---

Internal Memorandum

August 24, 2026

To: Honorable Stacey D. Neumann, U.S. District Judge

From: Calyx Hemenway, U.S. Probation Tech.

Re: Eric J. Legare
Case No.: 1:22-CR-00081-1
Death Notification

---

On December 20, 2022, after having pled guilty to Felon in Possession of a Firearm, Eric J. Legare was sentenced in the U.S. District Court, in the District of Maine, to 24 months imprisonment; followed by 2 years supervised release. Legare commenced his term of supervised release on February 27, 2025.

Confirmation received from the Washington County Sheriff's Office, the Department of Health and Human Services, and Legare's family indicates he died on August 20, 2026, at Northern Light Eastern Maine Medical Center, due to an apparent overdose.

Based on the aforementioned information, the Probation Office will close interest in this case.